# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Winson Velasquez-Godinez<br>DEFENDANT(S). | CASE NUMBER<br>5:25-mj-00732-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _December 5_____, _2025_____, at _1:30_____ ☐ a.m. / ☒ p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _12/4/2025_____

_____
U.S. ~~District Judge~~/Magistrate Judge